PIERSON v. WARD.

(Supreme Court, Appellate Term. May 24, 1899.)

MUNICIPAL COURT—JURISDICTION.
The municipal court of New York City has not jurisdiction of an action against a nonresident of the state; the provisions of the Greater New York charter attempting to confer it being unconstitutional.

Appeal from municipal court, borough of Manhattan, Eleventh district.

Action by Eleanor R. Pierson against James M. Ward. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Adams & Hyde, for appellant.
James S. Lehmaier, for respondent.

FREEDMAN, P. J. The defendant, by his answer, duly pleaded that, at the time of the commencement of the action, the defendant was, and still is, a nonresident of the county of New York, and that by reason thereof the court in which the action was brought had no jurisdiction, etc. At the trial the defendant showed that at the various times referred to he resided at Red Bank, in the state of New Jersey. It was held by this court in Rieser v. Charles F. Parker & Co., 57 N. Y. Supp. 745, that the provisions of the Greater New York Charter attempting to confer upon the municipal court of the city of New York jurisdiction of actions in which the defendant is a nonresident of the state are unconstitutional, and the case at bar is covered by that decision.

Judgment reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.